UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09-MJ-142 |
|---|---|---|
| | ) | |
| | ) | ORDER TO DISMISS PENDING |
| v. | ) | CRIMINAL COMPLAINT |
| | ) | |
| COREY ROSHION THOMAS | ) | |
| | ) | |
| | ) | |

\_\_\_\_\_UPON MOTION of the United States of America, by and through EDWARD R. RYAN, Acting United States Attorney for the Western District of North Carolina, for an order dismissing the criminal complaint against defendant Corey Roshion Thomas, IT IS HEREBY ORDERED that the Government's Motion is GRANTED and the criminal complaint against defendant Corey Roshion Thomas is DISMISSED.

    **SO ORDERED**.

Signed: June 18, 2009

David S. Cayer
United States Magistrate Judge